**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

AMERICAN-ARAB ANTI-DISCRIMINATION
COMMITTEE, a non-profit organization, and
IMAD CHAMMOUT,

        CASE NO. 03-70235
   Plaintiff,        HON. LAWRENCE P. ZATKOFF

v.

CITY OF DEARBORN, a Michigan municipal
corporation,

   Defendant.

_____/

## ORDER GRANTING DEFENDANT'S EMERGENCY MOTION

On August 12, 2005, the U.S. Court of Appeals for the Sixth Circuit issued an opinion in the above case affirming the opinion of this Court, in part, and reversing, in part. On September 20, 2005, Plaintiffs filed their Motion for Attorney Fees. On September 27, 2005, Plaintiffs filed their Motion for Entry of Judgment. Defendant responded on September 28, 2005, arguing that a judgment had already been entered by the Sixth Circuit on August 12, 2005. Accordingly, Defendant asserted that if this Court agrees that judgment has already been entered, then Plaintiffs' Motion for Attorney Fees is not timely. The Court has not yet resolved these issues.

On October 10, 2005, Defendant filed the present Emergency Motion, seeking a stay of Plaintiffs' Motion for Attorney Fees until Plaintiffs' Motion for Entry of Judgment has been resolved.

The Court HEREBY ORDERS that Plaintiffs' Motion for Attorney Fees and Costs be stayed pending resolution of Plaintiffs' Motion for Entry of Judgment and, upon resolution of this motion,

Defendant shall have fourteen days to respond to Plaintiffs' Motion for Attorney Fees.

    IT IS SO ORDERED.


                            s/Lawrence P. Zatkoff
                            LAWRENCE P. ZATKOFF
                            UNITED STATES DISTRICT JUDGE

Dated: October 17, 2005

## CERTIFICATE OF SERVICE

    The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on October 17, 2005.

                            s/Marie E. Verlinde
                            Case Manager
                            (810) 984-3290