**FILED**

OCT 2 5 2005

CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AMERICAN-ARAB ANTI-DISCRIMINATION
COMMITTEE, a non-profit organization;
and IMAD CHAMMOUT,

                Plaintiffs,

vs.

Case No. 03-70235
Hon. Lawrence P. Zatkoff

CITY OF DEARBORN, a Michigan
municipal corporation,

                Defendant.

_____/

### JUDGMENT

This case having been appealed to the United States Court of Appeals for the Sixth Circuit, and the Sixth Circuit having issued an opinion on August 12, 2005, *American-Arab Anti-Discrimination Committee v. Dearborn*, 418 F.3d 600 (6th Cir. 2005),

IT IS ORDERED AND ADJUDGED that pursuant to the August 12, 2005 opinion of the United States Court of Appeals for the Sixth Circuit, Judgment is HEREBY AWARDED to the Plaintiffs.

Dated at Detroit, Michigan, this 25th day of October, 2005.

                DAVID J. WEAVER
                CLERK OF THE COURT
            BY: *[signature]*

APPROVED:

*[signature]*
LAWRENCE P. ZATKOFF
UNITED STATES DISTRICT JUDGE

C:\Documents and Settings\bloomfie\Desktop\Bloomfield Files\Bloomfield Files\Order\03-70235.arab.anti.judgment.wpd